LINDSAY C. KUKONA PAKELE    10242
DANIEL J. O'MEARA                       9890
LEGAL AID SOCIETY OF HAWAI'I
924 Bethel Street
Honolulu, HI 96813
Telephone:  (808) 536-4302
Facsimile:   (808) 527-8088
lindsay.kukonapakele@legalaidhawaii.org
dan.omeara@legalaidhawaii.org

Attorneys for Plaintiff
AJA NOZAKI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| AJA NOZAKI, | CIVIL NO. CV 18-00314-JAO-RT |
| Plaintiff, | STIPULATION FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE |
| vs. | |
| TRAM'S LLC; and TRAM NGOC NGO, individually, | |
| Defendants. | |

**<u>STIPULATION FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE</u>**

IT IS HEREBY STIPULATED by and between Plaintiff AJA NOZAKI, and Defendants TRAM'S LLC and TRAM NGOC NGO, by and through their respective counsel, that all claims in this action be and hereby

are dismissed with prejudice. Each party shall bear their own fees and/or costs.

This stipulation is made pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Local Rule 41.1 of the Local Rules of Practice for the United States District Court for the District of Hawaii, and is signed by all parties who have appeared in the action. There are no remaining parties and/or issues.

//

//

//

//

//

//

//

//

//

//

//

//

DATED:  Honolulu, Hawai'i, November 8, 2019.

      */s/ Lindsay C. Kukona Pakele*
LINDSAY C. KUKONA PAKELE
DANIEL J. O'MEARA
Attorneys for Plaintiff
AJA NOZAKI

DATED:  Honolulu, Hawai'i, November 7, 2019.

      */s/ Earle A. Partington*
EARLE A. PARTINGTON
Attorney for Defendants
TRAM'S LLC
TRAM NGOC NGO

APPROVED AS TO FORM, this 12th day of November, 2019:

_____
Jill A. Otake
United States District Judge

---

*Nozaki v. Tram's LLC, et al.*; Civil No. CV 18-00314-JAO-RT, U.S. District Court, District of Hawaii; STIPULATION FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE